Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL:  (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Alexandre Molina

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE MOLINA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security,<br>　　　　Defendant. | Case No.:  5:22-cv-00465-PA-PD<br><br>ORDER FOR AWARD OF EAJA<br>FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FIVE THOUSAND NINE HUNDRED DOLLARS** ($5,900.00) as authorized by 28 U.S.C. § 2412(d) and subject to the terms and conditions of the Stipulation.

DATED: November 14, 2022



HON. PATRICIA DONAHUE
United States Magistrate Judge